DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER TOROCSIK,**
Appellant,

v.

**PALM BEACH COUNTY,**
Appellee.

No. 4D2025-2062

[March 5, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 502023CA001314.

Peter Torocsik, West Palm Beach, pro se.

Sean Fahey, Assistant County Attorney, Palm Beach County Attorney's Office, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***